# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### CASE NO.:6:09-CV-02003-GAP-DAB

HARVEY GOODMAN,

      Plaintiff,

vs.

TITUSVILLE HOTEL CORPORATION,
 a Florida corporation, d/b/a THE CLARION INN,

      Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HARVEY GOODMAN (hereinafter the "Plaintiff"), by and through his undersigned attorney, and Defendant, TITUSVILLE HOTEL CORPORATION, d/b/a THE CLARION INN (hereinafter, the "Defendant"), by and through their undersigned attorney, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice.  A resolution of all matters in dispute has been made pursuant to a certain Confidential Settlement Agreement between the parties.  All parties shall bear their own attorneys fees, costs and expenses other than those specified in said Confidential Settlement Agreement, and, agree not to file any additional motions in this matter.

Dated this 28th day of January, 2010.

### [SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully submitted,


By: s/ B. Bradley Weitz_____          By: s/ Stephen M. Stone___
    B. Bradley Weitz, Esq.                    Stephen M. Stone, Esq.
    Florida Bar No. 479365                    Florida Bar No. 113096
    THE WEITZ LAW FIRM, P.A.                  725 N. Magnolia Avenue
    Attorney for Plaintiff                    Orlando, Florida 32803-3808
    Bank of America Building                  Telephone: (407) 423-7910
    18305 Biscayne Blvd., Suite 214           Facsimile: (407) 423-8083
    Aventura, Florida 33160                   Attorney for Defendant
    Telephone:  (305) 949-7777
    Facsimile:  (305) 704-3877

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

CASE NO.:6:09-CV-02003-GAP-DAB

HARVEY GOODMAN,

      Plaintiff,

vs.

TITUSVILLE HOTEL CORPORATION,
 a Florida corporation, d/b/a THE CLARION INN,

      Defendant.
_____/


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 28, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: <u>s/ B. Bradley Weitz, Esq.      </u>
    B. Bradley Weitz, Esq.
    Florida Bar No. 479365
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone:  (305) 949-7777
    Facsimile:   (305) 704-3877

## <u>SERVICE LIST</u>

Harvey Goodman v. Titusville Hotel Corporation,
a Florida corporation, d/b/a The Clarion Inn,
CASE NO.:6:09-CV-02003-GAP-DAB
United States District Court, Middle District Of Florida

**Stephen M. Stone, Esq.**
725 N. Magnolia Avenue
Orlando, Florida 32803-3808
Telephone: (407) 423-7910
Facsimile:  (407) 423-8083
Email: smstonelaw@cfl.rr.com
Attorney for Defendant
**ELECTRONIC CORRESPONDENCE**